# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | NO. 1:09-CR-0357 |
| : | |
| v. : | (Judge Conner) |
| : | |
| **TRACY MCCLAIN,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 29th day of December, 2009, upon consideration of defendant's motion for reconsideration of detention (Doc. 18), and following a hearing conducted concerning the same, the court finds that the defendant is unlikely to abide by any condition or combination of conditions of release that would reasonably assure that the defendant will not flee or pose a danger to any other person or the community, see 18 U.S.C. § 3142(e). Accordingly, it is hereby ORDERED that defendant's motion (Doc. 18) is DENIED, and defendant shall continue to be detained pending trial.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge